**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| RUTH HOBART,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; JOSHUA MCAULIFFE, in his individual capacity; JERRELL BOSLEY, in his individual capacity; SCOTT FERRARO, in his individual capacity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO: 8:23-cv-02004 JWH (DFMx)<br><br>*Assigned to: Hon. John W. Holcomb – Courtroom 9 D*<br><br>*Magistrate Judge Douglas McCormick*<br><br>**DISCOVERY MATTER**<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER (DKT. NO. 46)** |

## ORDER

The Court, having read and considered the Parties' Stipulated Protective Order ("Protective Order") (Dkt. No. 46), filed on July 23, 2024, hereby approves the Protective Order, on this date.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 19. 2024

_____
**HON. DOUGLAS F. MCCORMICK**
United States Magistrate Judge